**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


UNITED STATES OF AMERICA


vs.                                            NO. 4:06CR00352-003 SWW


BRITTANY NICOLE GARNER


**ORDER**

The above entitled cause came on for hearing on government's petitions to revoke probation [doc #104, #107] previously granted this defendant in the United States District Court for the Eastern District of Arkansas.   Based upon the admissions of defendant, the Court found that defendant has violated the conditions of her probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the probation previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of SIX (6) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in a facility as close to Little Rock, Arkansas as possible; and that defendant participate in a non-residential substance abuse treatment program and mental health counseling.

There will be TWO (2) YEARS of supervised release following the term of incarceration with the following conditions:

> 1.  Defendant shall serve the first SIX (6) MONTHS of supervised release in a residential reentry center under the guidance and direction of the U. S. Probation Office.

2.  Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant  shall abstain from the use of alcohol throughout the course of any treatment.

3. Defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

The defendant is eligible to self-report to the designated facility on **Monday, June 29, 2009 by 2:00 p.m.** to begin the service of the sentence imposed.  Defendant shall remain on present conditions of release until the report date.

IT IS SO ORDERED this 27th day of May 2009.


/s/Susan Webber Wright

United States District Judge