IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                  NO.  4:06CR00352-003 SWW

BRITTANY NICOLE GARNER

**ORDER**

The above entitled cause came on for hearing on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based on the admissions made on the record, the Court found that the defendant has violated the conditions of supervised release without just cause. However, the Court has determined that defendant's supervised release should not be revoked at this time but instead will modify the conditions of her supervised release.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special conditions:

1. Defendant shall serve a period of SIX (6) MONTHS in home detention with electronic monitoring under the supervision and guidance of the U. S. Probation Office. The cost of such monitoring is to be paid by the United States Probation Office.

2. Defendant shall abstain from the use of alcohol throughout the term of supervised release.

3. Defendant shall be subject to frequent random drug testing by the United States Probation Office.

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of her term of supervised release.

The Court reminds defendant that any further violation of the terms of her supervised release could result in revocation of her release.

IT IS FURTHER ORDERED that the government's petition to revoke defendant's supervised release [doc #126] is **dismissed** without prejudice.

IT IS SO ORDERED this 10th day of February 2010.

/s/Susan Webber Wright

United States District Judge